798 A.2d 1268

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
MICHAEL ANTUL, DEFENDANT–RESPONDENT.

May 22, 2002.

Petition for certification is granted, the judgment of the Appellate Division is summarily reversed in the light of *State v. Carreker*, 172 *N.J.* 100, 796 *A.2d* 847 (2002), and the matter is remanded to the trial court for the reinstatement of its judgment.

798 A.2d 1268

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
FREDERICK MACK, DEFENDANT–PETITIONER.

May 22, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Carty*, 170 *N.J.* 632, 790 *A.2d* 903 (2002).